HEATHER E. WILLIAMS, #122664
Federal Defender
JANET BATEMAN, Bar #241210
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: 559-487-5561/Fax: 559-487-5950

Attorney for Defendant
Austin Nicely

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.  6:14-mj-00112-MJS |
| Plaintiff, | ) **AMENDED** STIPULATION AND ORDER TO CONTINUE HEARING |
| vs. | ) |
| AUSTIN NICELY, | ) JUDGE: Hon. Michael J. Seng |
| Defendant. | ) |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel that the hearing now scheduled for October 7, 2014, may be continued to November 19, 2014.

This continuance is requested by defense counsel.  The government does not object to this request.  The requested continuance will conserve time and resources for all parties and the court, and may allow for prompt resolution of the case.

//

//

//

//

//

//

|   |   |   |   |
|---|---|---|---|
|   |   |   | Respectfully submitted, |
|   |   |   | BENJAMIN B. WAGNER<br>United States Attorney |
| DATED: October 1, 2014 |   | By: | */s/Matthew McNease*<br>Matthew McNease<br>Assistant United States Attorney<br>Attorney for Plaintiff |
|   |   |   | HEATHER E. WILLIAMS<br>Federal Defender |
| DATED: October 1, 2014 |   | By: | /s/ *Janet Bateman*<br>JANET BATEMAN<br>Assistant Federal Defender<br>Attorney for Defendant<br>AUSTIN NICELY |

# **O R D E R**

Good cause appearing, the above **AMENDED** STIPULATION TO CONTINUE HEARING in Case No. 6:14-mj-00112-MJS is hereby accepted and adopted as the Order of this Court.

IT IS SO ORDERED.

Dated:   October 2, 2014         /s/ *Michael J. Seng*
                                 UNITED STATES MAGISTRATE JUDGE