Susan St. Vincent
Acting Legal Officer
Matthew McNease
Acting Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California  95389
Telephone:  (209) 372-0241

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 6:14-MJ-112-MJS |
|---|---|
| Plaintiff, | |
| v. | **MOTION TO DISMISS AND RECALL ARREST WARRANT; AND ORDER THEREON** |
| AUSTIN GARRETT NICELY, | |
| Defendant. | |

Pursuant to Rule 48 of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, the United States hereby moves the Court for an order of dismissal without prejudice and in the interest of justice. The United States also moves the Court for an order to recall the arrest warrant issued. Austin Garrett NICELY passed away on November 1, 2014.

Dated:  December 8, 2014          NATIONAL PARK SERVICE

                                         /S/ Matthew McNease
                                         Matthew McNease
                                         Acting Legal Officer
                                         Yosemite National Park, CA

**ORDER**

Upon application of the United States, and good cause having been shown therefor, IT IS HEREBY ORDERED that the above referenced matter, *United States v. Austin Garrett Nicely,* 6:14-mj-112-MJS, be dismissed, without prejudice, in the interest of justice, and the arrest warrant issued on November 19, 2014, be recalled.

IT IS SO ORDERED.

Dated:   December 8, 2014              /s/ *Michael J. Seng*
                                                         UNITED STATES MAGISTRATE JUDGE